No. 80–668.  WESTERN AIR LINES, INC. *v.* INTERNATIONAL TRAVEL ARRANGERS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 80–671.  NAGEOTTE ET AL. *v.* COUNTY OF STAFFORD, VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–705.  GRANT ET AL. *v.* OWENS-CORNING FIBERGLAS CORP. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–5057.  HALL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–5139.  HENDERSON, AKA COLLIER *v.* MISSISSIPPI. Sup. Ct. Miss.  Certiorari denied.

No. 80–5168.  HAAR *v.* NEW MEXICO.  Ct. App. N. M. Certiorari denied.

No. 80–5226.  CARTER *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 80–5230.  GAUL *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 80–5236.  JOHNSON *v.* PERINI, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80–5241.  HICKS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 80–5245.  PAYNE *v.* THOMPSON, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–5281.  RICARDO ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.